**Paul Gordon ELLIOTT,
Petitioner-Appellant,**

v.

**UNITED STATES of America,
Respondent-Appellee.**

No. 77–2487.

United States Court of Appeals,
Ninth Circuit.

Feb. 13, 1979.

Barry L. Morris, Oakland, Cal., for petitioner-appellant.

Eb F. Luckel, Jr., Asst. U. S. Atty., San Francisco, Cal., for respondent-appellee.

Before DUNIWAY, SNEED and KENNEDY, Circuit Judges.

PER CURIAM:

The decision of the district court is reported in *Elliott v. United States,* N.D.Cal., 1977, 434 F.Supp. 774. Our decision is governed by our in banc decision in *Farrow v. United States,* 9 Cir., 1978, 580 F.2d 1339, and particularly by part VII, A. of that opinion, at 1358 to 1360.

Affirmed.